IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: ANTHONY C. HINTON                                    CHAPTER 13
                                                            NO. 11-52330 KMS

MOTION FOR ADDITIONAL TIME TO FILE SCHEDULES

Debtor moves the Court for an additional fourteen (14) days to file the Schedules and Statement of Affairs pursuant to the Bankruptcy Rule 108(b) based upon the grounds that counsel needs additional time to gather information from the Debtor to properly prepare Schedules.

                Respectfully submitted,
                ANTHONY C. HINTON, Debtor


BY: /s/ Robert Wolford
    ROBERT WOLFORD, Attorney for Debtor
    P. O. Drawer 8299
    Biloxi, MS 39535
    (228)388-9316
    MS Bar #99717

## CERTIFICATE OF SERVICE

I, ROBERT WOLFORD, Attorney for the above listed Debtor, do hereby certify that the following have been served electronically via ECF with a copy of the above Motion for Additional Time to File Schedules:

United States Trustee: USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz, Jr., Chapter 13 Trustee: wacuntzcourt@cableone.net

This the 24TH day of October, 2011.

/s/ Robert Wolford
ROBERT WOLFORD